**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                               CASE NO. 8:09-CR-5-T-17-EAJ

NERY CAMPAZ-GUERRERO
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 192). The Court appointed counsel in this case but the Federal Public Defender satisfied the requirements in the 782 Omnibus Order and was allowed to withdraw. The Court allowed the defendant time to file a new motion to dismiss (Doc. 73) but he failed to file any further motion. The Court has reviewed the motion, the Amended Assesment for the United States Probation Office, and the response to the motion by the government (Doc. 196). The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts the position of the Probation Office and the government that the offense of conviction is not a drug offense. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 2nd day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record